WILLIAM C. DICKEL, Appellant, v. THE MAYOR, Etc., Respondent.

*Armory and drill room — request for — what sufficient.*

Appeal from a judgment in favor of the defendant, entered upon a verdict directed by the court.

The plaintiff claimed to recover rent which became due under a lease, which was executed by virtue of a resolution of the board of supervisors, and by the terms of which, the premises described, were hired for an armory and drill rooms. It did not appear that any demand, application or request was made for the rooms except that contained in a letter from Major-General Shaler, which did not particularize any troops or regiment. The General Term *held*, that this request was not a compliance with the provisions of the one hundred and twentieth section of the military code (Laws of 1870, p. 248), and the lease was, therefore, made without authority, as was shown in the cases of *Fallon* v. *The Mayor*, and *Ford* v. *The Mayor* (reported in 11 S. C. [4 Hun], at pp. 583, 587).

*John A Godfrey*, for appellant.   *William C. Whitney*, for respondent.

Opinion by Brady, J.   Davis, P. J., and Daniels, J., concurred.

Judgment affirmed, with costs.